**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Franklin Shuron JONES, Defendant—
Appellant.**

**No. 09–7241.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2009.
Decided: Oct. 26, 2009.

A. Robert Bell, III, Office of the Federal Public Defender, Raleigh, North Carolina, for Appellant. Robert Jack Higdon, Jr., Office of the United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin Shuron Jones appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones,* No. 2:05–cr–00029–FL–1 (E.D.N.C. filed June 30, 2009; entered July 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*